UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONAH HERTZ, Trustee of the JONAH HERTZ FAMILY 2012 TRUST,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>IBERIABANK CORPORATION, WILLIAM H. FENSTERMAKER, E. STEWART SHEA III, HARRY V. BARTON, JR., ERNEST P. BREAUX, JR., DARYL G. BYRD, JOHN N. CASBON, J. MICHAEL KEMP, SR., JOHN E. KOERNER III, RICK E. MAPLES, and ROSA SUGRAÑES,<br><br>　　　　　　　Defendants. | Case No. 20-cv-00267<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses without prejudice the above-captioned action (the "Action") as moot. Because this notice of dismissal is being filed with the Court before service by the Defendants of either an answer or a motion of summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: April 22, 2020

　　　　　　　　　　　　　　　　　　　　**GAINEY McKENNA & EGLESTON**

　　　　　　By:　　　*/s/ Thomas J. McKenna*
　　　　　　　　　　Thomas J. McKenna
　　　　　　　　　　Gregory M. Egleston
　　　　　　　　　　501 Fifth Avenue, 19th Floor
　　　　　　　　　　New York, New York 10017
　　　　　　　　　　Telephone: (212) 983-1300
　　　　　　　　　　Facsimile: (212) 983-0383
　　　　　　　　　　Email: tjmckenna@gme-law.com
　　　　　　　　　　Email: gegleston@gme-law.com

　　　　　　　　　　*Attorneys for Plaintiff*